AO 442 (Rev. 11/11) Arrest Warrant

10189442

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL
RECEIVED

| United States of America | ) |
| v. | ) Case: 1:24-mj-00369 |
| CHARLES HILTON | ) Assigned To : Judge Zia M. Faruqui |
| (DOB: 05/13/1985) | ) Assign. Date : 11/26/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **CHARLES HILTON**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2252(a)(4) Possession of Child Pornography

Date: 11/26/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-26/24, and the person was arrested on *(date)* 11-26-24
at *(city and state)* Washington, DC

Date: 12/2-24

*Arresting officer's signature*

Timothy Palchak TFO
*Printed name and title*